IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Kenneth R Floyd, | ) | Case No.: 18-82124-CRJ7 |
| Norma J Floyd, | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 7 |

BANKRUPTCY ADMINISTRATOR'S RECOMMENDATION ON THE APPLICATIONS TO EMPLOY SPECIAL COUNSEL TO THE TRUSTEE

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama, by and through the undersigned counsel of record, and regarding the applications to employ special counsel states as follows:

1. The Bankruptcy Administrator has reviewed the Trustee's applications to employ special counsel (Docs. 73, 74, 75, and 76) to pursue a personal injury claim and finds the applications comply with the requirements of 11 U.S.C. §327(e) and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

2. The Applicants each seek to be independently employed at contingency fees that total no more than 33.333%, plus expenses. The requested contingency fees are reasonable for the type of case for which the employment is sought.

3. The applications affirm that there is no agreement to share fees with other law firms and each counsel is filing a separate application to be employed in this case and will seek fees separately.

WHEREFORE, the premises considered, Bankruptcy Administrator recommends that the applications to employ special counsel be approved.

Respectfully submitted October 12, 2021.

J. THOMAS CORBETT
United States Bankruptcy Administrator for the
Northern District of Alabama
/s/ Richard M. Blythe
Richard M. Blythe
Assistant U.S. Bankruptcy Administrator
Alabama Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
P.O. Box 3045
400 Well Street NE. Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

      I hereby certify that on October 12, 2021, I have served a copy if the foregoing on the parties listed below by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U.S. Mail, postage prepaid.

Tazewell Shepard, Esq., Trustee, Via CM/ECF electronic service

Nicholas Howell Gajewski, Esq., Attorney for the Debtor, Via CM/ECF electronic service

                                              /s/Richard M. Blythe
                                              Richard M. Blythe